THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kathryn Nicole Kelsey,       
Appellant.
 
 
 

Appeal From Charleston County
Daniel  F.  Pieper, Circuit Court Judge

Unpublished Opinion No. 2004-UP-507
Submitted October 1, 2004  Filed October 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston for Respondent.
 
 
 

PER CURIAM:  Kathryn Nicole Kelsey appeals 
 her concurrent sentences for voluntary manslaughter, armed robbery, and conspiracy, 
 arguing the sentences are unconstitutionally disproportionate.  Kelseys appellate 
 counsel has petitioned to be relieved as counsel, stating she has reviewed the 
 record and has concluded Kelseys appeal is without merit.  The sole issue briefed 
 by counsel concerns whether Kelseys sentences were excessive.  Kelsey did not 
 file a separate pro se reply brief.  
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., HUFF and KITTREDGE, JJ., concur. 

 
           
 [1]  We decide this case without oral argument pursuant to Rules 
 215 and 220(b)(2), SCACR.